UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | DATE: 6/21/2012 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CR-10-00757-01-PHX-ROS |
| | ) | |
| James R. Parker, | ) | JUDGMENT OF DISCHARGE |
| | ) | |
| Defendant. | ) | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

/ X /   the Court has granted the motion of the defendant for judgment of acquittal as to all counts, on June 21, 2012.

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(b)(1), Federal Rules of Criminal Procedure as to all counts of the Indictment.

   DATED this 21st day of June, 2012.

_____
Roslyn O. Silver
Chief United States District Judge