| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | | FILED ___ LODGED<br>FOR COURT USE ONLY<br>RECEIVED ___ COPY |
|---|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | | JUL 2 6 2012 |
| 1. NAME<br>Perry E. Kaufman | 2. PHONE NUMBER<br>(405) 524-2400 | | 3. DATE<br>7/25/2012 |
| 4. FIRM NAME<br>Goolsby, Proctor, Heefner & Gibbs, PC | | | CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA |
| 5. MAILING ADDRESS<br>701 N. Broadway, Suite 400 | 6. CITY<br>Oklahoma City | 7. STATE<br>OK | BY ___ DEPUTY<br>8. ZIP CODE<br>73102 |
| 9. CASE NUMBER<br>10CR-00757-ROS | 10. JUDGE<br>Roslyn Silver | DATES OF PROCEEDINGS | |
| | | 11. 6/5/2012 | 12. 6/6/2012 |
| 13. CASE NAME<br>United States v. James Parker | | LOCATION OF PROCEEDINGS | |
| | | 14. Phoenix | 15. STATE  AZ |

16. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify)<br>Keith Kuhlman | June 5 & 6, 2012 |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS<br>(check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☒ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY   ☐ | |
| 7 DAYS | ☐ | ☐ | | E-MAIL   ☒ | |
| DAILY | ☐ | ☐ | | DISK   ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT   ☒ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT   ☐ | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
pkaufman@gphglaw.com

19. SIGNATURE
s/Perry Kaufman

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE   7/25/2012

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY